---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Star Transportation PA Inc** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

81-4630722

| | |
|---|---|
| 4. | Debtor's address |

**Principal place of business**

**301 NW 171st Street**
**Unit B**
**Miami, FL 33169**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | |
|---|---|
| 5. | Debtor's website (URL) |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **Star Transportation PA Inc**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4842__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☐ Yes.

Debtor   **Star Transportation PA Inc**                                    Case number (*if known*) _____
_____
         Name

List all cases. If more than 1,          Debtor              **See Attachment**                    Relationship _____
attach a separate list                   District  _____ When _____  Case number, if known _____

---

**11. Why is the case filed in**       *Check all that apply:*
     **this district?**
                                        ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                        ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**         ■ No
     **have possession of any**
     **real property or personal**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**                  **Why does the property need immediate attention?** (*Check all that apply.*)

                                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                   What is the hazard? _____

                                                ☐ It needs to be physically secured or protected from the weather.

                                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                ☐ Other

                                                **Where is the property?** _____
                                                                         Number, Street, City, State & ZIP Code

                                                **Is the property insured?**

                                                ☐ No

                                                ☐ Yes.  Insurance agency _____

                                                        Contact name _____

                                                        Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of**   .     *Check one:*
     **available funds**
                                        ■ Funds will be available for distribution to unsecured creditors.

                                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**             ■ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                               ☐ 200-999

---

**15. Estimated Assets**       ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16. Estimated liabilities**  ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

Debtor   **Star Transportation PA Inc**          Case number (*if known*) _____
         Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 1, 2024**
              MM / DD / YYYY

X _____          **Victor Khramov**
   Signature of authorized representative of debtor       Printed name

Title   **President**

---

**18. Signature of attorney**

X _____          Date  **November 1, 2024**
   Signature of attorney for debtor                MM / DD / YYYY

**Joseph A. Pack**
Printed name

**Pack Law**
Firm name

**51 NE 24th St., #108**
**Miami, FL 33137**
Number, Street, City, State & ZIP Code

Contact phone   **(305) 916-4500**      Email address   **joe@packlaw.com**

**117882 FL**
Bar number and State

Debtor   **Star Transportation PA Inc**                                          Case number (*if known*) _____
     Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____     Chapter   **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | |
|---|---|---|---|
| Debtor | **Finance Solutions LLC** | Relationship to you | **Affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **MDL Business Group LLC** | Relationship to you | **Affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Star Transportation A, Inc.** | Relationship to you | **Affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Star Truck Service, Inc.** | Relationship to you | **Affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **US Express Line LLC** | Relationship to you | **Affiliate** |
| District | _____ When _____ | Case number, if known | _____ |

**UNANIMOUS CONSENT OF SHAREHOLDERS, MEMBERS,
MANAGERS, AND BOARD OF DIRECTORS AND MEMBERS OF
(I) STAR TRANSPORTATION PA INC; (II) STAR TRUCK SERVICE, INC.;
(III) STAR TRANSPORTATION A, INC.; (IV) FINANCE SOLUTIONS LLC;
(V) MDL BUSINESS GROUP LLC; AND (VI) US EXPRESS LINE LLC**

November 1, 2024

The undersigned, being the shareholders, members, managers, officers, and board of directors, as applicable (in each case, as identified on the signature pages attached hereto, the "Managing Parties"), of (i) Star Transportation PA Inc, an Indiana corporation; (ii) Star Truck Service, Inc., a Florida corporation; (iii) Star Transportation A, Inc., a Florida corporation; (iv) Finance Solutions LLC, a Delaware limited liability company; (v) MDL Business Group LLC, a Florida limited liability company; and (vi) US Express Line LLC, a Missouri limited liability company (each of the foregoing, a "Company", and collectively, the "Companies"), as of the date hereof, hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Managing Parties of the Companies were advised as to the contents of these resolutions and unanimous consent of the Managing Parties was sought by management of the Companies in respect of these resolutions;

**WHEREAS**, the Managing Parties have considered presentations by management and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of the Companies, the strategic alternatives available to it, and the effect of the foregoing on the Companies' business; and

**WHEREAS**, the Managing Parties have had the opportunity to consult with the financial and legal advisors of the Companies and assess the considerations related to the commencement of chapter 11 cases under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Managing Parties recommend the adoption of these resolutions.

**The Chapter 11 Cases**

**NOW, THEREFORE, BE IT RESOLVED**, in light of the Companies' current financial condition, after the Managing Parties have investigated, discussed, and considered options for addressing the Companies' financial challenges and, after consultation with the Companies' advisors, the Managing Parties have concluded that it is in the best interests of the Companies, their creditors, their employees, and other interested parties that a petition be filed by each Company seeking relief under the provisions of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the chief executive officer, or if there is no chief executive officer, then any other officer or manager of each Company, including the appointed Managers or Presidents of such Company, if applicable (each, an "Authorized Officer" and collectively, the "Authorized Officers"), be, and each of them individually hereby is, authorized, in the name and on behalf of such Company, appointed as such Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of such Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents in the

Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of such Company's businesses, and any action necessary to initiate cases under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"); and

**RESOLVED FURTHER**, that the law firm of Pack Law, P.A. ("Pack Law") is hereby employed as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, subject to Bankruptcy Court approval; and

**RESOLVED FURTHER,** that each Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, granted with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER,** that the filing by each Company of a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code shall not dissolve such Company.

## General Resolutions

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's or Authorized Officers' judgment shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED FURTHER**, that all Managing Parties have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Companies and/or under applicable law, or hereby waive any right to have received such notice; and

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Companies with the same force and effect as if each such act,

transaction, agreement or certificate has been specifically authorized in advance by resolution by the Managing Parties; and

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[Signature Pages Follow]

**IN WITNESS WHEREOF, THE UNDERSIGNED AUTHORIZED PARTIES HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.**

**Star Transportation PA Inc**

By: Victor Khramov,
as Authorized Signer and 100% Owner

**Star Truck Service Inc.**

By: Victor Khramov,
as Authorized Signer and 100% Owner

**Star Transportation A Inc.**

By: Victor Khramov,
as Authorized Signer and 100% Owner

**Finance Solutions LLC**

By: Victor Khramov,
as Authorized Signer and 100% Owner

**MDL Business Group LLC**

By: Victor Khramov,
as Authorized Signer and 100% Owner

**US Express Line LLC**

By: Victor Khramov,
as Authorized Signer and 100% Owner

[Signature Page to Unanimous Consent]

**United States Bankruptcy Court**
**Southern District of Florida**

In re    Star Transportation PA Inc _____    Case No. _____
                                        Debtor(s)        Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 1, 2024 _____    _____
                                        Victor Khramov/President
                                        Signer/Title

```
RTS FINANCIAL SERVICE INC
9300 METCALF AVE
OVERLAND PARK, KS 66212


PILOT FLYING J
5508 LONAS DRIVE
KNOXVILLE, TN 37909


LAW OFFICE OF STUART A. TELLER, PA
WEST BROWARD PROFESSIONAL BUILDING
7320 GRIFFIN ROAD, SUITE 216
DAVIE, FLORIDA, USA 33314


WEX INC
1104 COUNTRY HILLS DRIVE
OGDEN, UTAH 84403


WEX INC
4031 ASPEN GROVE DR. SUITE 55
FRANKLIN, TN 37067


LF GROUP CONSULTING LLC
851 NR 1ST AVE 3605
MIAMI, FL 33132


MIAMI ACCOUNTING GROUP INC
429 LENOX AVE
MIAMI BEACH, FL 33139


M&T CAPITAL AND LEASING CORPORATION
850 MAIN STREET, BC 03-CC#8005
BRIDGEPORT, CONNECTICUT, 06604-4913


BANC OF AMERICA LEASING
P.O. BOX 100918
ATLANTA, GA 30384-0918


BANC OF AMERICA LEASING
```

600 PEACHTREE ST NE 11TH FLOOR
ATLANTA, GA 30308-2265


M&T EQUIPMENT FINANCE CORPORATION
1300 POST OAK BLVD, SUITE 1300
HOUSTON, TEXAS 77056


M&T EQUIPMENT FINANCE CORPORATION
P.O. BOX 443, BRATTLEBORO
VT 05302-0443


M&T EQUIPMENT FINANCE CORPORATION
300 FRANK W. BURR BLVD., SUITE 50
TEANECK, NJ 07666


THE BANCORP
P.O. BOX 140733
ORLANDO, FL 32814-0733


VOLVO FINANCIAL SERVICES
P.O. BOX 26131
GREENSBORO, NC 27402-6131


VOLVO FINANCIAL SERVICES
P.O. BOX 7247-0236
PHILADELPHIA, PA 19170-0236


VOLVO FINANCIAL SERVICES
8003 PIEDMONT TRIAD PARKWAY
GREENSBORO, NC 27409


ASCENTIUM CAPITAL
P.O. BOX 1140
 BIRMINGHAM, AL 35246-3059


LEAF CAPITAL FUNDING LLC - CRITICAL CREDITOR
P.O. BOX 77096, MINNEAPOLIS
MN 55480-7796

TVT CAPITAL SOURCE LLC
881 BAXTER DRIVE STE 100
SOUTH JORDAN, UT, 84095


TVT BUSINESS FUNDING LLC
2554 GATEWAY RD.
CARLSBAD, CA 92009


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039


INDIANA DEPARTMENT OF REVENUE
MOTOR CARRIER SERVICES DIVISION
7811 MILHOUSE RD, SUITE M
INDIANAPOLIS, IN 46241


OREGON DEPARTMENT OF TRANSPORTATION
COMMERCE AND COMPLIANCE DIVISION
455 AIRPORT RD SE, BLDG A
SALEM, OREGON 97301


NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
HARRIMAN CAMPUS RD
ALBANY, NY 12227


NEW MEXICO TAXATION AND REVENUE DEPARTMENT
MOTOR VEHICLE DIVISION
P.O. BOX 5188
SANTA FE, NM 87504-5188


KENTUCKY TRANSPORTATION CABINET
DIVISION OF MOTOR CARRIERS
200 MERO STREET
FRANKFURT, KY 40622

CALIFORNIA AIR RESOURCES BOARD
1001 I STREET
SACRAMENTO, CA 95814


FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALAHASSEE, FL 32399-0125


FALCON DIVISION LLC
1000 N WEST ST STE 1200
WILMINGTON, D 19801-1058


LEAF CAPITAL FUNDING LLC
P.O. BOX 77096
MINNEAPOLIS, MN 55480-7796


SAVITS DANIEL PROPERTIES III INC
17101 NW 7TH AVENUE
MIAMI GARDENS, FL 33169


1111 PCB HOLDINGS LLC
900 NORTH FEDERAL HIGHWAY, SUITE 300
HALLANDALE BEACH, FL 33009


WEST OHIO II LLC DBA AMERIMAR BUSINESS
CENTERS
101 W. OHIO ST., SUITE 2000
INDIANAPOLIS, INDIANA 46204


LANIER PARKING INC
17707 NW MIAMI COURT
MIAMI, FL 33169


Regus Management Group LLC
1000 N West Street
Wilmington, DE 19801

```
INSURISE CAPITAL INC
1621 CENTRAL AVENUE
CHEYENNE, WY 82001


STAGSTONE RISK MANAGEMENT
813-815 WESTCHESTER AVE.
HARRISONVILLE, MO 64701


QUEST DIAGNOSTICS CLINICAL LABORATORIES INC
500 PLAZA DRIVE
SECAUCUS, NEW JERSEY 07094


EXPLORE INFORMATION SERVICES LLC
P.O. BOX 203489
DALLAS, TX 75320-3489


EXPLORE INFORMATION SERVICES LLC
2750 BLUE WATER ROAD, SUITE 200
EAGAN, MN 55121


PREPASS
P.O. BOX 932588
ATLANTA, GA 31193-2588


PREPASS
2929 NOTH CENTRAL AVENUE SUITE 1500
PHOENIX, AZ 85012


FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481


KOZ LAW P.A.
800 EAST CYPRESS CREEK ROAD, SUITE 421
FORT LAUDERDALE, FL 33334


KATHERINNE COCCHI
800 EAST CYPRESS CREEK ROAD, SUITE 421
```

FORT LAUDERDALE, FL 33334


SOUTHERN TIRE MART AT PILOT LLC
DEPARTMENT #6412, P.O. BOX 11407
BIRMINGHAM, AL 35246-6412


ON ROAD WHEEL ALIGNMENT OF FLORIDA
PO BOX 5315
MIAMI LAKES, FL 33014 US


AUTO GLASS SIBERIO
10000 SW 41 TERRACE
MIAMI, FL 33165


SAMSARA INC
1 DE HARO STREET
SAN FRANCISCO, CALIFORNIA 94107 US


T-MOBILE
P.O. BOX 742596
CINCINNATI, OH 45274-2596


DAT FREIGHT & ANALYTICS
P.O. BOX 783801
PHILADELPHIA, PA 19178-3801


DAT FREIGHT & ANALYTICS
8405 SW NIMBUS STREET
BEAVERTON, OR 97008


SOS SOFTWARE CORP
16400 COLLINS AVE, SUITE 2143
SUNNY ISLES BEACH, FL 33160


RINGCENTRAL INC
20 DAVIS DRIVE
BELMONT, CA 94002

U.S. BANK EQUIPMENT FINANCE
P.O. BOX 790448
ST. LOUIS, MO 63179-0448


AT&T
P.O. BOX 5014
 CAROL STREAM, IL 60197-50114


NMB WATER
PO Box 600427
North Miami Beach, FL 33160


LAWSON ENVIRONMENTAL
9120 NW 96th St
Medley, FL 33178


KAMATERA
115 W 18TH STREET
NEW YORK, NY 10011


GODADDY.COM LLC
2155 E GODADDY WAY
TEMPE, ARIZONA 85284


BRUCKNER TRUCK SALES INC
DEPT 100 P.O. BOX 830604
BIRMINGHAM, AL 35283


CORPORATE BILLING LLC
P.O. BOX 1726 DECATUR
ALABAMA 35602


NEXTRAN TRUCK CENTERS
4300 RAVENSWOOD ROAD
FORT LAUDERDALE, FL 33312


LOVE'S TRAVEL STOPS & COUNTRY STORES INC

10601 N. PENNSYLVANIA AVE.
OKLAHOMA CITY, OK 73120


LOVE'S TRAVEL STOPS & COUNTRY STORES INC
P.O. BOX 26210, OKLAHOMA CITY, OK 73126


PACCAR PARTS FLEET SERVICES
P.O. BOX 731165, DALLAS, TX 75373-1165


PACCAR PARTS FLEET SERVICES
P.O. BOX 10922, SHAWNEE MISSION, KS 66225-
9022


SOUTHERN TIRE MART AT PILOT LLC
DEPARTMENT #6412, P.O. BOX 11407
BIRMINGHAM, AL 35246-6412


SOUTHERN TIRE MART
P.O. BOX 1000
MEMPHIS, TN 38148-0143


PEDIGREE TECHNOLOGIES LLC
4776 28TH AVE S, STE 101
FARGO, ND 58104


APERIA TECHNOLOGIES
1616 ROLLINS ROAD
BURLINGAME, CA 94010


APERIA TECHNOLOGIES
P.O. BOX 120533
DALLAS, TX 75312-0533


VERIZON CONNECT TELO INC
P.O. BOX 844183
LOS ANGELES, CA 90084-4183

WHIP AROUND INC
P.O. BOX 77146
CHARLOTTE, NC 28271


DRIVEWYZE
5425 CALGARY TRAIL NW
EDMONTON, ALBERTA T6H 4J9, CANADA


LEASECRUNCH
790 N MILWAUKEE STREET, SUITE 302
MILWAUKEE, WISCONSIN, 53202-4073


JP MORGAN CHASE BANK N.A.
P.O. BOX 182051
COLUMBUS, OH 43218-2051


JP MORGAN CHASE BANK N.A.
P.O. BOX 182051
COLUMBUS, OH 43218-2051


TRANSPORT ENTERPRISE LEASING LLC
400 Birmingham Hwy
Chattanooga, TN 37419


METRO TRAILER LEASING
100 Metro Parkway
Pelham, AL 35124


DIAMOND RENTAL AND LEASING
438 Mayfield Rd
Greenville, SC 29334


KAUFMAN ROSSIN CPA ADVISORS
3310 Mary Street, Suite 501
Miami, FL 33133


Crossroads Equipment Lease & Finance
9385 Haven Ave.

Rancho Cucamonga, CA 91730-5475

Crossroads Equipment Lease & Finance
P.O. Box 101285
Pasadena, CA 91189-1285

De Lage Landen Financial Services Inc
P.O. Box 825736
Philadelphia, PA 19182-5736

Wells Fargo Equipment Finance Inc
P.O. Box 858178
Minneapolis, MN 55485-8178

Wells Fargo Equipment Finance Inc
P.O. Box 3072
Cedar Rapids, IA 52406-3072

Transportation Alliance Bank Inc
4185 Harrison Blvd., Suite 200
Ogden, UT 84403

Toyota Commercial Finance
P.O. Box 660926
Dallas, TX 75266-0926

Toyota Commercial Finance
8951 Cypress Waters Blvd, Suite 300
Dallas, TX 75019-4793

Commercial Equipment Finance International
LLC
2525 Ponce de Leon Blvd, Suite300
Coral Gables, FL 33134

Commercial Equipment Finance International
LLC
P.O. Box 192649

San Juan, PR00919

Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335

Nextran Truck Centers
4300 Ravenswood Road
Fort Lauderdale, FL 33312

All Roads
925 Merritt Blvd
Dundalk, MD 21222

US Auto Force
425 Better Way
Appleton, WI 54915

Miami Star Truck
13391 W Okeechobee Rd
Hialeah Gardens, FL 33018

Boulevard Tire Center
816 S Woodland Blvd
Deland, FL 32720

PAM Parking LLC
160 NQ 176th Street
Miami, FL 33169

U.S.A. Auto Glass Inc
30000 South Dixie Highway
Homestead, FL 33033

JP Morgan Chase Bank N.A.
P.O. Box 182051
Columbus, OH 43218-2051

ADP
1 Adp Blvd
Roseland, NJ, United States


West Ohio II LLC dba Amerimar Business
Centers
101 W. Ohio St., Suite 2021
Indianapolis, Indiana 46204


Insurise Capital Inc
1621 Central Avenue
Cheyenne, WY 82001


Fleet Pride
P.O. Box 281811
Atlanta, GA 30384-1811


Safety Kleen Systems Inc
42 Longwater Dr.
Norwell. MA 02061


Truck Max
6000 NW 77th Court
Miami, FL 33166


Cintas Corp
P.O. Box 630910
Cincinati, OH 45263-0910


The Gooyear Tire & Rubber Co
3045 NW 119th Street
Miami, FL 33167


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0125

Fullbay
515 E Grant St.
Phoenix, AZ 85339


Quickbooks
2700 Coast Ave.
Mountain View, CA 94043


Comcast
1100 Northpoint Pkwy
W Palm Bch, FL 33407