**Fill in this information to identify the case:**

Debtor name  **Star Transportation PA Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-21557-CLC**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 25, 2024**  X **/s/ Victor Khramov**
                                                Signature of individual signing on behalf of debtor

                                                **Victor Khramov**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Star Transportation PA Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-21557-CLC**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $      **10,286,739.29**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $      **10,286,739.29**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **24,621,387.33**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      **537,015.36**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **4,329,554.13**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                                                                                          $      **29,487,956.82**

**Fill in this information to identify the case:**

Debtor name **Star Transportation PA Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-21557-CLC**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking** | **1231** | **$4,431.80** |
| 3.2. | **Chase** | **Checking** | **3065** | **$528.41** |
| 3.3. | **Chase** | **Checking** | **9921** | **$35,009.57** |
| 3.4. | **Bank of America** | **Checking** | **4231** | **$120.54** |
| 3.5. | **Bank of America** | **Checking** | **9582** | **$261.60** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$40,351.92** |

### Part 2:    Deposits and Prepayments

Debtor  **Star Transportation PA Inc**                              Case number *(If known)*  **24-21557-CLC**
_____                    _____
Name

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **470,328.26** | - | **0.00** | = .... | **$470,328.26** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,689,692.58** | - | **0.00** | =.... | **$1,689,692.58** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **12,354.50** | - | **0.00** | =.... | **$12,354.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                          **$2,172,375.34**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Parts for trucks and trailers.** | | **Unknown** | | **$192,488.03** |
| 22.  **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                          **$192,488.03**
       Add lines 19 through 22.  Copy the total to line 84.

Debtor    **Star Transportation PA Inc**                                    Case number *(If known)*  **24-21557-CLC**
_____
Name

24.   **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ■ No.  Go to Part 8.
     ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Equipment financed by Banc of America Leasing and Capital LLC (See Attachment for Details)** | $0.00 | | $2,248,675.00 |
| 47.2.   **Equipment financed by M&T Capital and Leasing Corporation (See Schedule A/B Attachment for Details)** | $0.00 | | $1,154,725.00 |
| 47.3.   **Equipment financed by People's United Equipment Finance Corp. (See Schedule A/B Attachment for Details)** | $0.00 | | $486,200.00 |
| 47.4.   **Equipment financed by The Bancorp Bank (See Schedule A/B Attachment for Details)** | $0.00 | | $939,002.00 |
| 47.5.   **Equipment financed by Ascentium Capital LLC (See Schedule A/B Attachment for Details)** | $0.00 | | $20,000.00 |

Debtor    **Star Transportation PA Inc**                                    Case number *(If known)*  **24-21557-CLC**
_____Name_____

| 47.6. | **Equipment financed by VFS US LLC (See Schedule A/B Attachment for Details)** | $0.00 | | $3,032,922.00 |
|---|---|---|---|---|

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                   | $7,881,524.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Star Transportation PA Inc**        Case number *(if known)* **24-21557-CLC**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,351.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,172,375.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $192,488.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,881,524.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,286,739.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,286,739.29 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 5

| Secured Creditor | Creditor Address | Estimated Market Value | Account Number | Description of Equipment |
|---|---|---|---|---|
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH2NN6 07273 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH8NN6 07276 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH6NN6 07275 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH4NN6 07288 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH6NN6 07289 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH5NN6 07297 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH9NN6 07299 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH4NN6 07307 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EHXNN6 07277 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH7NN6 07298 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH0NN6 07305 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH1NN6 07281 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH1NN6 07295 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH2NN6 07287 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH5NN6 07316 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH2NN6 07306 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH0NN6 07286 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EHXNN6 07280 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH3NN6 07279 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | 4890800 | 4V4NC9EH4NN6 07274 2022 VOLVO VNL64T860 |

| | | | | | |
|---|---|---|---|---|---|
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH3NN6 07315 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH9NN6 07285 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH1NN6 07314 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EHXPN6 07296 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH9NN6 07304 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EHXNN6 07313 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH1PN6 10393 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH3PN6 10394 | 2022 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH6PN6 10390 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH8PN6 10388 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH8PN6 10391 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EHXPN6 10389 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EHXPN6 10392 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH2PN6 10421 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH4PN6 10422 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH6PN6 10423 | 2023 VOLVO VNL64T860 |
| BANK OF AMERICA LEASING & CAPITAL LLC | 2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | $60,775.00 | | 4890800 | 4V4NC9EH8PN6 10424 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | | 4V4NC9EHXPN6 07282 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | | 4V4NC9EH8PN6 07278 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | | 4V4NC9EH7PN6 07272 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | | 4V4NC9EH9PN6 07290 | 2023 VOLVO VNL64T860 |

| | | | | | |
|---|---|---|---|---|---|
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH0PN6 07291 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH2PN6 07292 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EHXPN6 07301 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH2PN6 07308 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH4PN6 07309 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH0PN6 07310 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH4PN6 07293 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH8PN6 07300 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH1PN6 07283 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH3PN6 07284 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH6PN6 07294 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH2PN6 07311 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH4PN6 07312 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH1PN6 07302 | 2023 VOLVO VNL64T860 |
| M&T CAPITAL AND LEASING CORPORATION | 850 Main Street, BC-03, Bridgeport, CT 06604 | $60,775.00 | 6675-101 | 4V4NC9EH3PN6 07303 | 2023 VOLVO VNL64T860 |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | 103969 | 4V4NC9EH0PN6 10398 | 2023 VOLVO |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | 103969 | 4V4NC9EH2PN6 10399 | 2023 VOLVO |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | 103969 | 4V4NC9EH5PN6 10395 | 2023 VOLVO |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | 103969 | 4V4NC9EH7PN6 10396 | 2023 VOLVO |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | 103969 | 4V4NC9EH9PN6 10397 | 2023 VOLVO |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | 106595 | 4V4NC9EH8PN6 10441 | 2023 VOLVO |

| Creditor | Address | Amount | | | VIN | Description |
|---|---|---|---|---|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | | 106595 | 4V4NC9EH1PN6 10443 | 2023 VOLVO |
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | 300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | $60,775.00 | | 106595 | 4V4NC9EH3PN6 10444 | 2023 VOLVO |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $65,991.00 | | 19652 | 1XPBD49X5RD6 46238 | 2024 PETERBILT 579 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $63,753.00 | | 19652 | 1XPBD49X7RD6 46239 | 2024 PETERBILT 579 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $70,407.00 | | 19652 | 1XPBD49X3RD6 46240 | 2024 PETERBILT 579 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $64,449.00 | | 19652 | 1XPBD49X5RD6 46241 | 2024 PETERBILT 579 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $71,394.00 | | 19652 | 1XPBD49X6RD6 46247 | 2024 PETERBILT 579 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $68,928.00 | | 19652 | 4V4NC9EH0RN6 32095 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $75,052.00 | | 19652 | 4V4NC9EH2RN6 32096 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $66,966.00 | | 19652 | 4V4NC9EH9RN6 33228 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $67,207.00 | | 19652 | 4V4NC9EH0RN6 33229 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $64,380.00 | | 19652 | 4V4NC9EH7RN6 33230 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $64,994.00 | | 19652 | 4V4NC9EH2RN6 33233 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $68,952.00 | | 19652 | 4V4NC9EH6RN6 33235 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $62,558.00 | | 19652 | 4V4NC9EHXRN6 33237 | 2024 VOLVO VNL64T860 |
| THE BANCORP BANK | 3755 Park Lake Street, Orlando, FL 32803 | $63,971.00 | | 19652 | 4V4NC9EH1RN6 29898 | 2024 VOLVO VNL64T860 |
| ASCENTIUM CAPITAL LLC | 23970 Highway 59 N, Kingwood, TX 77339-1535 | $20,000.00 | | 2650294 | 1L9FE1010MW49 2567 | 2021 FALCON 3100 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-002 | | 4V4NC9EH6PN6 10471 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $65,167.00 | 500-7703992-002 | | 4V4NC9EH8PN6 10472 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $61,000.00 | 500-7703992-002 | | 4V4NC9EHXPN6 10473 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-002 | | 4V4NC9EH1PN6 10474 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-003 | | 4V4NC9EH0PN6 22101 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-003 | | 4V4NC9EH6RN6 26205 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-003 | | 4V4NC9EH6PN6 22099 | 2023 VOLVO VNL64T860 |

| | | | | | |
|---|---|---|---|---|---|
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $66,583.00 | 500-7703992-003 | 4V4NC9EH2PN622097 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $61,000.00 | 500-7703992-003 | 4V4NC9EH0PN622096 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $64,000.00 | 500-7703992-003 | 4V4NC9EH2PN622102 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-003 | 4V4NC9EH9PN622100 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-003 | 4V4NC9EH6PN622104 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-003 | 4V4NC9EH9PN622095 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $65,167.00 | 500-7703992-003 | 4V4NC9EH4PN622098 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $61,378.00 | 500-7703992-004 | 4V4NC9EH4RN626204 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-004 | 4V4NC9EH0RN626202 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $61,338.00 | 500-7703992-004 | 4V4NC9EHXRN626207 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $69,043.00 | 500-7703992-004 | 4V4NC9EH9RN626201 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-005 | 4V4NC9EH2RN626203 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-004 | 4V4NC9EH8RN626206 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-006 | 4V4NC9EH4PN622103 | 2023 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-007 | 4V4NC9EH3RN629854 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $63,086.00 | 500-7703992-007 | 4V4NC9EH5RN629855 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $64,286.00 | 500-7703992-007 | 4V4NC9EH7RN629856 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $62,845.00 | 500-7703992-007 | 4V4NC9EH9RN629857 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $66,583.00 | 500-7703992-007 | 4V4NC9EHXRN629852 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-007 | 4V4NC9EH2RN629859 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $66,947.00 | 500-7703992-007 | 4V4NC9EH1RN629853 | 2024 VOLVO VNL64T860 |

| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $62,039.00 | 500-7703992-011 | 4V4NC9EH9RN629888 | 2024 VOLVO VNL64T860 |
|---|---|---|---|---|---|
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $62,218.00 | 500-7703992-008 | 4V4NC9EH9RN629891 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $62,900.00 | 500-7703992-011 | 4V4NC9EH8RN629896 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-009 | 4V4NC9EH0RN629858 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $61,737.00 | 500-7703992-009 | 4V4NC9EH0RN629889 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $64,433.00 | 500-7703992-008 | 4V4NC9EH0RN629892 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,840.00 | 500-7703992-008 | 4V4NC9EH2RN629893 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $62,711.00 | 500-7703992-010 | 4V4NC9EH4RN629894 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $61,452.00 | 500-7703992-010 | 4V4NC9EH6RN629895 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $66,832.00 | 500-7703992-009 | 4V4NC9EH7RN629890 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,775.00 | 500-7703992-010 | 4V4NC9EHXRN629897 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $66,627.00 | 500-7703992-013 | 4V4NC9EH2RN633166 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $68,673.00 | 500-7703992-013 | 4V4NC9EH4RN633167 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $60,675.00 | 500-7703992-013 | 4V4NC9EH6RN633168 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $65,167.00 | 500-7703992-012 | 4V4NC9EH8RN633169 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $67,467.00 | 500-7703992-012 | 4V4NC9EH4RN633170 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $63,198.00 | 500-7703992-012 | 4V4NC9EH0RN633201 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $71,860.00 | 500-7703992-012 | 4V4NC9EH2RN633202 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $69,961.00 | 500-7703992-014 | 4V4NC9EH4RN633234 | 2024 VOLVO VNL64T860 |
| VFS US LLC | 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | $63,309.00 | 500-7703992-014 | 4V4NC9EH8RN633236 | 2024 VOLVO VNL64T860 |

**Fill in this information to identify the case:**

Debtor name **Star Transportation PA Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-21557-CLC**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **Ascentium Capital LLC** | | |
| --- | --- | --- | --- |

Creditor's Name

**23970 Highway 59 N**
**Kingwood, TX 77339-1535**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/17/2022**
**Last 4 digits of account number**
**0294**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment financed by Ascentium Capital LLC (See Schedule A/B Attachment for Details)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,496.55** | **$20,000.00**

| 2.2 | **Banc of America Leasing and Capital LLC** | | |
| --- | --- | --- | --- |

Creditor's Name

**2059 Northlake Parkway**
**3rd Floor**
**Tucker, GA 30084**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/23/2021-7/21/2022**
**Last 4 digits of account number**
**0800**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Equipment financed by Banc of America Leasing and Capital LLC (See Schedule A/B Attachment for Details)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$4,125,586.28** | **$2,248,675.00**

| Debtor | **Star Transportation PA Inc** | | Case number (if known) | **24-21557-CLC** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **M&T Capital and Leasing Corporation** | **Describe debtor's property that is subject to a lien** | **$2,144,231.89** | **$1,154,725.00** |
|---|---|---|---|---|

Creditor's Name

**850 Main Street**
**BBC-03**
**Bridgeport, CT 06604**
Creditor's mailing address

**Equipment financed by M&T Capital and Leasing Corporation (See Schedule A/B Attachment for Details)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/4/2022**
**Last 4 digits of account number**
**5101**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **People's United Equipment Finance Corp.** | **Describe debtor's property that is subject to a lien** | **$1,141,566.40** | **$486,200.00** |
|---|---|---|---|---|

Creditor's Name

**300 Frank W. Burr Blvd.**
**Suite 50**
**Teaneck, NJ 07666**
Creditor's mailing address

**Equipment financed by People's United Equipment Finance Corp. (See Schedule A/B Attachment for Details)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/8/2022-9/3/2022**
**Last 4 digits of account number**
**3969,6595**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **RTS Financial Service Inc.** | **Describe debtor's property that is subject to a lien** | **$6,000,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**9300 Metcalf Ave.**
**Overland Park, KS 66212**
Creditor's mailing address

**Accounts, Accounts Receivable, Cash**

**Describe the lien**

---

Debtor   **Star Transportation PA Inc**
Name

Case number (if known)   **24-21557-CLC**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **The Bancorp Bank** | Describe debtor's property that is subject to a lien | $2,490,069.99 | $939,002.00 |

Creditor's Name

**3755 Park Lake St.**
**Orlando, FL 32803**
Creditor's mailing address

**Equipment financed by The Bancorp Bank (See Schedule A/B Attachment for Details)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2/27/2023-8/29/2023**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**See Schedule A/B Attachment**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **TVT Business Funding LLC** | Describe debtor's property that is subject to a lien | $665,000.00 | Unknown |

Creditor's Name

**2554 Gateway Rd.**
**Carlsbad, CA 92009**
Creditor's mailing address

**Accounts, Accounts Receivable, Cash**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Star Transportation PA Inc** | Case number (if known) | **24-21557-CLC** |
|---|---|---|---|
| | Name | | |

| 2.8 | **TVT Capital Source LLC** | Describe debtor's property that is subject to a lien | $665,000.00 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**881 Baxter Dr.
Suite 100
South Jordan, UT 84095**

Creditor's mailing address

**Accounts, Accounts Receivable, Cash**

---

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **VFS US LLC** | Describe debtor's property that is subject to a lien | $7,371,436.22 | $3,032,922.00 |
|---|---|---|---|---|

Creditor's Name

**7025 Albert Pick Road,
Suite 105,
Greensboro, NC 27409**

Creditor's mailing address

**Equipment financed by VFS US LLC (See Schedule A/B Attachment for Details)**

---

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
See Schedule A/B
Attachment**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $24,621,387.33 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
| --- |

Debtor name __**Star Transportation PA Inc**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**24-21557-CLC**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**CALIFORNIA AIR RESOURCES<br>BOARD<br>1001 I STREET, SACRAMENTO,<br>CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** | **$5,000.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**DEPARTMENT OF THE TREASURY<br>CINCINNATI, OH 45999-0039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120,450.00** | **$120,450.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**2290 Form** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor  **Star Transportation PA Inc**                                Case number (if known)   **24-21557-CLC**
_____Name_____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |

**Florida Department of Revenue**
**5050 W Tennessee St, Talahassee,**
**FL 3239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 | $250,000.00 |

**INDIANA DEPARTMENT OF**
**REVENUE**
**7811 MILHOUSE RD, SUITE M,**
**Indianapolis, IN 46241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Plate Renewal**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,000.00 | $45,000.00 |

**INDIANA DEPARTMENT OF**
**REVENUE**
**7811 MILHOUSE RD, SUITE M,**
**INDIANAPOLIS,**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IFTA**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |

**KENTUCKY TRANSPORTATION**
**CABINET**
**200 MERO STREET, FRANKFURT,**
**KY 40622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IFTA**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Star Transportation PA Inc**
_____
Name

Case number (if known) **24-21557-CLC**

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $20,000.00 |

**NEW MEXICO TAXATION AND REVENUE DEPARTME P.O. BOX 5188, SANTA FE, NM 87504-5188**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |

**NEW YORK STATE DEPARTMENT OF TAXATION AN HARRIMAN CAMPUS RD, ALBANY, NY 12227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IFTA**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,565.36 | $79,565.36 |

**OREGON DEPARTMENT OF TRANSPORTATION**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,291.72 |

**1111 PCB Holdings LLC 900 North Federal Highway Suite 300 Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,283.72 |

**APERIA TECHNOLOGIES 1616 ROLLINS ROAD, BURLINGAME, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Star Transportation PA Inc** | Case number (if known) | **24-21557-CLC** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.03 |
|---|---|---|---|

**AT&T**
P.O. BOX 5014 CAROL STREAM, IL
60197-501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Telecommuncations Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,150.00 |
|---|---|---|---|

**AUTO GLASS SIBERIO**
10000 SW 41 TERRACE, MIAMI, FL 33165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,521.25 |
|---|---|---|---|

**BRUCKNER TRUCK SALES INC**
DEPT 100 P.O. BOX 830604
Birmingham, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,781.42 |
|---|---|---|---|

**Commercial Equipment Finance Int'l LLC**
2525 Ponce de Leon Blvd.
Suite 300
Miami, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Guarantee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462,456.00 |
|---|---|---|---|

**Crossroads Equipment Lease and Finance**
9385 Haven Ave.
Rancho Cucamonga, CA 91730-5475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Guarantee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.68 |
|---|---|---|---|

**DAT FREIGHT & ANALYTICS**
P.O. BOX 783801, PHILADELPHIA, PA 19178-

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Software Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,790.00 |
|---|---|---|---|

**De Lage Landen Financial Services Inc.**
PO Box 825736
Philadelphia, PA 19182-5736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Guarantee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Star Transportation PA Inc** | | Case number *(if known)* | **24-21557-CLC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,085.20** |
|---|---|---|
| **Diamond Rental and Leasing**<br>**439 Mayfield Rd.**<br>**Duncan, SC 29334** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **3/27/2024** | **Basis for the claim: Equipment Rent** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,395.00** |
|---|---|---|
| **DRIVEWYZE**<br>**5425 CALGARY TRAIL NW, EDMONTON,**<br>**ALBERTA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Trade Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,384.69** |
|---|---|---|
| **EXPLORE INFORMATION SERVICES LLC**<br>**P.O. BOX 203489, DALLAS, TX 75320-3489** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Trade Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|
| **FALCON DIVISION LLC**<br>**1000 N WEST ST STE 1200, WILMINGTON, D**<br>**1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Trade Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,872.73** |
|---|---|---|
| **FEDEX**<br>**P.O. BOX 660481, DALLAS, TX 75266-0481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Trade Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|
| **GODADDY.COM LLC**<br>**2155 E GODADDY WAY, TEMPE, ARIZONA**<br>**85284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Trade Vendor** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,423.00** |
|---|---|---|
| **Holland & Knight**<br>**P. O. Box 936937**<br>**Atlanta, GA 31193-6937** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim: Legal Services** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Star Transportation PA Inc** | | Case number (if known) | **24-21557-CLC** |
|---|---|---|---|---|

Name

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Insurise Capital Inc**
**1621 Central Avenue, Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

**$988,584.23**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**JP Morgan Chase Bank N.A.**

**Columbus, OH 43218-2051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Bank__

Is the claim subject to offset? ■ No ☐ Yes

**$172,034.43**

---

**3.19**

**Nonpriority creditor's name and mailing address**
**KAMATERA**
**115 W 18TH STREET, NEW YORK, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$740.48**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**KATHERINNE COCCHI**
**800 EAST CYPRESS CREEK ROAD, SUITE 421,**
**Fort Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,000.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**KOZ LAW P.A.**
**800 EAST CYPRESS CREEK ROAD, SUITE 421,**
**Fort Lauderdale, FL 33334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Legal__

Is the claim subject to offset? ☐ No ☐ Yes

**$13,125.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**LANIER PARKING INC**
**17707 NW MIAMI COURT, MIAMI, FL 33169**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

**$6,005.35**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**LAWSON ENVIRONMENTAL**
**9120 NW 96th St, Medley, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,777.26**

---

| Debtor | **Star Transportation PA Inc** | Case number *(if known)* | **24-21557-CLC** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
**LEAF CAPITAL FUNDING LLC**
**P.O. BOX 77096, MINNEAPOLIS, MN**
**55480-77**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,479.42**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**LEASECRUNCH**
**790 N MILWAUKEE STREET, SUITE 302,**
**MILWA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,738.18**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**LOVE'S TRAVEL STOPS & COUNTRY**
**STORES INC**
**10601 N. PENNSYLVANIA AVE.,**
**Oklahoma City, OK 73120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,697.51**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Metro Trailer Leasing**
**102 Metro Parkwat**
**Pelham, AL 35124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$164,880.26**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Nextran Truck Centers**
**4300 Ravenswood Road, Fort Lauderdale, F**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,407.37**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**NMB WATER**
**PO Box 600427, North Miami Beach, FL 331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,308.39**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**ON ROAD WHEEL ALIGNMENT OF FLORIDA**
**PO BOX 5315 MIAMI LAKES, FL 33014 US**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,629.86**

---

| Debtor | **Star Transportation PA Inc** | Case number (if known) | **24-21557-CLC** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,577.04** |
|---|---|---|---|

**PACCAR PARTS FLEET SERVICES**
**P.O. BOX 731165, DALLAS, TX 75373-1165**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,714.19** |
|---|---|---|---|

**PEDIGREE TECHNOLOGIES LLC**
**4776 28TH AVE S, STE 101, FARGO, ND 5810**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,159.43** |
|---|---|---|---|

**PREPASS**
**P.O. BOX 932588 ATLANTA, GA 31193-2588**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,412.90** |
|---|---|---|---|

**QUEST DIAGNOSTICS CLINICAL**
**LABORATORIES**
**500 PLAZA DRIVE, SECAUCUS, NEW**
**JERSEY 07**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$520.40** |
|---|---|---|---|

**Regus Management Group, LLC**
**15305 Dallas Parkway**
**Addison, TX 75001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$520.40** |
|---|---|---|---|

**Regus Management Group, LLC**
**15305 Dallas Parkway**
**Addison, TX 75001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,903.00** |
|---|---|---|---|

**RINGCENTRAL INC**
**20 DAVIS DRIVE, BELMONT, CA 94002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Star Transportation PA Inc** | | Case number (if known) | **24-21557-CLC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,768.64 |
|---|---|---|---|

**SAMSARA INC**
**1 DE HARO STREET, SAN FRANCISCO,**
**CALIFOR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,444.61 |
|---|---|---|---|

**Savits Daniel Properties III Inc**
**17101 NW 7th Ave.**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,150.00 |
|---|---|---|---|

**SOS SOFTWARE CORP**
**16400 COLLINS AVE, SUITE 2143, SUNNY**
**ISL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Software Provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,968.00 |
|---|---|---|---|

**SOUTHERN TIRE MART**
**P.O. BOX 1000, MEMPHIS, TN 38148-0143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**STAGSTONE RISK MANAGEMENT**
**813-815 WESTCHESTER AVE.,**
**HARRISONVILLE,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,948.09 |
|---|---|---|---|

**T-MOBILE**
**P.O. BOX 742596, CINCINNATI, OH 45274-25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Telecommuncations Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $982,416.51 |
|---|---|---|---|

**Transport Enterprise Leasing LLC**
**400 Birmingham Highway**
**Chattanooga, TN 37419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Equipment Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Star Transportation PA Inc**
_____      Case number (*if known*)    **24-21557-CLC**
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.05** |
|---|---|---|---|

**U.S. BANK EQUIPMENT FINANCE**
**P.O. BOX 790448, ST. LOUIS, MO 63179-044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,145.00** |
|---|---|---|---|

**VERIZON CONNECT TELO INC**
**P.O. BOX 844183, LOS ANGELES, CA**
**90084-4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Telecommuncations Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$947.69** |
|---|---|---|---|

**West Ohio II LLC**
**101 W. Ohio St.**
**Suite 2021**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,360.00** |
|---|---|---|---|

**WHIP AROUND INC**
**P.O. BOX 77146 CHARLOTTE, NC 28271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 537,015.36 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,329,554.13 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | 4,866,569.49 |

**Fill in this information to identify the case:**

Debtor name    **Star Transportation PA Inc**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-21557-CLC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Leased Premises: 1111 Park Centre Blvd, Miami Gardens, Florida 33169** |
| State the term remaining | **1111 PCB Holdings LLC** |
| List the contract number of any government contract | **900 North Federal Highway Suite 300 Hallandale, FL 33009** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **See Attachment** |
| State the term remaining | **Diamond Rental and Leasing** |
| List the contract number of any government contract | **439 Mayfield Rd. Duncan, SC 29334** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **See Attachment** |
| State the term remaining | **Metro Trailer Leasing** |
| List the contract number of any government contract | **102 Metro Parkwat Pelham, AL 35124** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Leased Premises: 41 University Drive, Ste 400 Newtown, PA 18940** |
| State the term remaining | **Regus Management Group, LLC** |
| List the contract number of any government contract | **15305 Dallas Parkway Addison, TX 75001** |

| Debtor 1 | **Star Transportation PA Inc** | | Case number *(if known)* | **24-21557-CLC** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Premises: 301 NW 171st Street, Miami Gardens, Florida 33169** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Savits Daniel Properties III Inc 17101 NW 7th Ave. Miami, FL 33169** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **See Attachment** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Transport Enterprise Leasing LLC 400 Birmingham Highway Chattanooga, TN 37419** |

| Other Party | Address | Description of Property Leased | | Start Date | Term |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X5PD851412 | 2023 PETERBILT 579 | 4/29/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD851414 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X4PD851417 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD851418 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X4PD851420 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD851421 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8PD851422 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X2PD829240 | 2023 PETERBILT 579 | 5/6/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1PD851410 | 2023 PETERBILT 579 | 5/13/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8PD851419 | 2023 PETERBILT 579 | 5/13/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1PD851424 | 2023 PETERBILT 579 | 5/13/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3PD851425 | 2023 PETERBILT 579 | 5/13/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X5PD851426 | 2023 PETERBILT 579 | 5/13/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD829242 | 2023 PETERBILT 579 | 5/13/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3PD851411 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD851413 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X2PD851416 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X0PD851429 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD851430 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD829239 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X4PD829241 | 2023 PETERBILT 579 | 6/3/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X0PD851415 | 2023 PETERBILT 579 | 6/17/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49XXPD851423 | 2023 PETERBILT 579 | 6/24/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD851427 | 2023 PETERBILT 579 | 6/24/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD851428 | 2023 PETERBILT 579 | 6/24/2022 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X5PD875497 | 2023 PETERBILT 579 | 3/3/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X0PD875505 | 2023 PETERBILT 579 | 3/3/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8PD875509 | 2023 PETERBILT 579 | 3/3/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD875511 | 2023 PETERBILT 579 | 3/3/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X4PD889195 | 2023 PETERBILT 579 | 3/3/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD875468 | 2023 PETERBILT 579 | 3/24/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1PD889218 | 2023 PETERBILT 579 | 3/24/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X2PD889227 | 2023 PETERBILT 579 | 3/24/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8RD875657 | 2024 PETERBILT 579 | 3/24/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD875470 | 2023 PETERBILT 579 | 4/7/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8RD875612 | 2024 PETERBILT 579 | 4/7/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1RD875614 | 2024 PETERBILT 579 | 4/7/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3RD875615 | 2024 PETERBILT 579 | 4/7/2023 | 33 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9RD875621 | 2024 PETERBILT 579 | 4/7/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8RD638134 | 2024 PETERBILT 579 | 4/28/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3RD638137 | 2024 PETERBILT 579 | 4/28/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3RD638140 | 2024 PETERBILT 579 | 4/28/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7RD638142 | 2024 PETERBILT 579 | 4/28/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6RD638150 | 2024 PETERBILT 579 | 4/28/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X8RD638165 | 2024 PETERBILT 579 | 6/9/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49XXRD638166 | 2024 PETERBILT 579 | 6/9/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3RD638168 | 2024 PETERBILT 579 | 6/9/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1RD638170 | 2024 PETERBILT 579 | 6/9/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3RD638171 | 2024 PETERBILT 579 | 6/9/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1RD638153 | 2024 PETERBILT 579 | 6/23/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3RD638154 | 2024 PETERBILT 579 | 6/23/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X2RD638159 | 2024 PETERBILT 579 | 6/23/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1RD638217 | 2024 PETERBILT 579 | 6/23/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1RD638220 | 2024 PETERBILT 579 | 6/23/2023 | 33 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD875542 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X0PD875536 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3PD875529 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |

| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD861022 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49XXPD861059 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X4PD860974 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X6PD861009 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD860971 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD875552 | 2023 PETERBILT 579 | 2/26/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1PD851522 | 2023 PETERBILT 579 | 3/13/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3PD875496 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X3PD861047 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X0PD861068 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X1PD889204 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD875535 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD861066 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X9PD875440 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD889191 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X4PD875555 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1XPBD49X7PD875579 | 2023 PETERBILT 579 | 3/18/2024 | 24 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6LL176117 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8LL176118 | 2020 WABASH | 10/31/2023 | 36 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXLL176119 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6LL176120 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8LL176121 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9LL176113 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0LL176114 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2LL176115 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4LL176116 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXLL176122 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1LL176123 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3LL176124 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0LL176162 | 2020 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8ML235668 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4ML235666 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9ML235663 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5ML235661 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7ML235659 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5ML235658 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3ML235657 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1ML235656 | 2021 WABASH | 10/31/2023 | 36 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXML235655 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7ML235631 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5ML235630 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9ML235629 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8ML235654 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6ML235653 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7ML235645 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5ML235644 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3ML235643 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXML235641 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8ML235640 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1ML235639 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2ML235634 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0ML235633 | 2021 WABASH | 10/31/2023 | 36 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9NL312517 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312518 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312519 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9NL312520 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312521 | 2022 WABASH | 2/19/2021 | 52 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312522 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4NL312523 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6NL312524 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8NL312525 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXNL312526 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1NL312527 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3NL312528 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5NL312529 | 2022 WABASH | 2/19/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9NL312663 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312664 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312665 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4NL312666 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6NL312667 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8NL312668 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXNL312669 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9NL312677 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312678 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312679 | 2022 WABASH | 4/9/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXNL312672 | 2022 WABASH | 4/16/2021 | 52 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1NL312673 | 2022 WABASH | 4/16/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3NL312674 | 2022 WABASH | 4/16/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5NL312675 | 2022 WABASH | 4/16/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7NL312676 | 2022 WABASH | 4/16/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3NL312643 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5NL312644 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7NL312645 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9NL312646 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312647 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312648 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312650 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312651 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4NL312652 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6NL312670 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8NL312671 | 2022 WABASH | 4/30/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8NL312914 | 2022 WABASH | 6/18/2021 | 52 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7NL312905 | 2022 WABASH | 6/25/2021 | 48 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9NL312906 | 2022 WABASH | 6/25/2021 | 48 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312908 | 2022 WABASH | 6/25/2021 | 48 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4NL312909 | 2022 WABASH | 6/25/2021 | 48 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0NL312910 | 2022 WABASH | 6/25/2021 | 48 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2NL312911 | 2022 WABASH | 6/25/2021 | 48 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4NL312912 | 2022 WABASH | 6/25/2021 | 48 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2PL313415 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4PL313416 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6PL313417 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8PL313418 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXPL313419 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6PL313420 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8PL313421 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXPL313422 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1PL313423 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3PL313424 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5PL313425 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7PL313426 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0PL313428 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2PL313429 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9PL313430 | 2023 WABASH | 4/15/2022 | 60 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D0PL313431 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D2PL313432 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D4PL313433 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D6PL313434 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D8PL313435 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532DXPL313436 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1PL313437 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3PL313438 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5PL313439 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D1PL313440 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D3PL313441 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D5PL313442 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D7PL313443 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9PL313444 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 1JJV532D9PL313427 | 2023 WABASH | 4/15/2022 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K5PS050454 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K7PS050455 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050456 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K2PS050492 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K6PS050494 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K7PS050603 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K0PS050605 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K2PS050606 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K4PS050607 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K2PS050525 | 2023 HYUNDAI | 3/3/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K3PS050551 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K5PS050552 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K7PS050553 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050554 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K3PS050548 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K3PS050498 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K5PS050499 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K8PS050500 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K3PS050453 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050604 | 2023 HYUNDAI | 3/17/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050540 | 2023 HYUNDAI | 4/7/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K8PS050531 | 2023 HYUNDAI | 4/7/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K2PS050542 | 2023 HYUNDAI | 4/7/2023 | 60 MONTHS |

| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K0PS050541 | 2023 HYUNDAI | 4/7/2023 | 60 MONTHS |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K1PS050483 | 2023 HYUNDAI | 4/7/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K7PS050620 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050621 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K3PS050632 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K4PS050624 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K6PS050625 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K8PS050626 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K2PS050654 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K1PS050693 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K0PS050622 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K0PS050670 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K1PS050628 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K1PS050533 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K1PS050550 | 2023 WABASH | 5/19/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532KXPS050580 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K3PS050579 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K6PS050575 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050571 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K0PS050569 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K1PS050600 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K9PS050599 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K6PS050592 | 2023 HYUNDAI | 5/26/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K2PS050539 | 2023 HYUNDAI | 6/9/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K6PS050561 | 2023 HYUNDAI | 6/9/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K5PS050583 | 2023 HYUNDAI | 6/9/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K0PS050586 | 2023 HYUNDAI | 6/9/2023 | 60 MONTHS |
| TRANSPORT ENTERPRISE LEASING LLC | 400 Birmingham Highway, Chattanooga, Tennessee 37419 | 3H3V532K8PS050593 | 2023 HYUNDAI | 6/9/2023 | 60 MONTHS |
| METRO TRAILER LEASING | 100 Metro Parkway, Pelham, AL 35124 | 1JJV532D0ML159685 | 2021 WABASH | 4/23/2020 | 60 MONTHS |
| METRO TRAILER LEASING | 101 Metro Parkway, Pelham, AL 35124 | 1JJV532D2ML159686 | 2021 WABASH | 4/23/2020 | 60 MONTHS |
| METRO TRAILER LEASING | 102 Metro Parkway, Pelham, AL 35124 | 1GR1P0628NJ423781 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 103 Metro Parkway, Pelham, AL 35124 | 1GR1P0629NJ423773 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 104 Metro Parkway, Pelham, AL 35124 | 1GR1P0621NJ423783 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 105 Metro Parkway, Pelham, AL 35124 | 1GR1P0626NJ423777 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 106 Metro Parkway, Pelham, AL 35124 | 1GR1P0624NJ423776 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 107 Metro Parkway, Pelham, AL 35124 | 1GR1P0620NJ423774 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 108 Metro Parkway, Pelham, AL 35124 | 1GR1P0625NJ423785 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 109 Metro Parkway, Pelham, AL 35124 | 1GR1P0625NJ423771 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 110 Metro Parkway, Pelham, AL 35124 | 1JJV532D7NL303959 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 111 Metro Parkway, Pelham, AL 35124 | 1JJV532D5NL303961 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 112 Metro Parkway, Pelham, AL 35124 | 1JJV532D8NL303968 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 113 Metro Parkway, Pelham, AL 35124 | 1JJV532DXNL303972 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 114 Metro Parkway, Pelham, AL 35124 | 1JJV532D3NL303974 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 115 Metro Parkway, Pelham, AL 35124 | 1JJV532D7NL303976 | 2022 WABASH | 2/1/2024 | 24 MONTHS |

| METRO TRAILER LEASING | 116 Metro Parkway, Pelham, AL 35124 | 1JJV532D0NL303978 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
|---|---|---|---|---|---|
| METRO TRAILER LEASING | 117 Metro Parkway, Pelham, AL 35124 | 1JJV532D2NL303979 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 118 Metro Parkway, Pelham, AL 35124 | 1JJV532D0NL303981 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 119 Metro Parkway, Pelham, AL 35124 | 1JJV532D1NL303987 | 2022 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 120 Metro Parkway, Pelham, AL 35124 | 5V8VC5325PT303577 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 121 Metro Parkway, Pelham, AL 35124 | 5V8VC5326PT303572 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 122 Metro Parkway, Pelham, AL 35124 | 5V8VC5328PT303573 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 123 Metro Parkway, Pelham, AL 35124 | 5V8VC532XPT303574 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 124 Metro Parkway, Pelham, AL 35124 | 5V8VC5321PT303575 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 125 Metro Parkway, Pelham, AL 35124 | 5V8VC5321PT303558 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 126 Metro Parkway, Pelham, AL 35124 | 5V8VC5326PT303569 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 127 Metro Parkway, Pelham, AL 35124 | 5V8VC532XPT303557 | 2023 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 128 Metro Parkway, Pelham, AL 35124 | 1GR1P0620PJ505877 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 129 Metro Parkway, Pelham, AL 35124 | 1JJV532D8PL419772 | 2023 WABASH | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 130 Metro Parkway, Pelham, AL 35124 | 1GR1P0620PJ505829 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 131 Metro Parkway, Pelham, AL 35124 | 1GR1P0626PJ505866 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 132 Metro Parkway, Pelham, AL 35124 | 1GR1P0626PJ505835 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 133 Metro Parkway, Pelham, AL 35124 | 1GR1P0628PJ505870 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 134 Metro Parkway, Pelham, AL 35124 | 1GR1P0622PJ505847 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 135 Metro Parkway, Pelham, AL 35124 | 1GR1P0627PJ505875 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 136 Metro Parkway, Pelham, AL 35124 | 1GR1P0622PJ505850 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 137 Metro Parkway, Pelham, AL 35124 | 1GR1P0625PJ505874 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 138 Metro Parkway, Pelham, AL 35124 | 1GR1P0620PJ505832 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 139 Metro Parkway, Pelham, AL 35124 | 1GR1P0622PJ505878 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 140 Metro Parkway, Pelham, AL 35124 | 3H3V532K0PS076265 | 2023 HYUNDAI | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 141 Metro Parkway, Pelham, AL 35124 | 3H3V532K0PJ524204 | 2023 HYUNDAI | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 142 Metro Parkway, Pelham, AL 35124 | 1GR1P0626PJ505799 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 143 Metro Parkway, Pelham, AL 35124 | 3H3V532K5RJ076061 | 2024 HYUNDAI | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 144 Metro Parkway, Pelham, AL 35124 | 3H3V532K9RJ076063 | 2024 HYUNDAI | 2/1/2024 | 24 MONTHS |

| | | | | | |
|---|---|---|---|---|---|
| METRO TRAILER LEASING | 145 Metro Parkway, Pelham, AL 35124 | 5V8VC5326NT200682 | 2022 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 146 Metro Parkway, Pelham, AL 35124 | 3H3V532K1NS388060 | 2022 HYUNDAI | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 147 Metro Parkway, Pelham, AL 35124 | 5V8VC5326MT107157 | 2021 VANGUARD | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 148 Metro Parkway, Pelham, AL 35124 | 3H3V532K8NS388492 | 2022 HYUNDAI | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 149 Metro Parkway, Pelham, AL 35124 | 1GR1P0624PJ505848 | 2023 GREAT DANE | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 150 Metro Parkway, Pelham, AL 35124 | 1JJV532D0RL373244 | 2024 WABASH | 5/8/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 151 Metro Parkway, Pelham, AL 35124 | 1JJV532D6RL373247 | 2024 WABASH | 5/8/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 152 Metro Parkway, Pelham, AL 35124 | 1JJV532D4RL373246 | 2024 WABASH | 5/9/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 153 Metro Parkway, Pelham, AL 35124 | 1JJV532D9RL373243 | 2024 WABASH | 5/15/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 154 Metro Parkway, Pelham, AL 35124 | 1JJV532D2RL373245 | 2024 WABASH | 5/26/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 155 Metro Parkway, Pelham, AL 35124 | 1JJV532D8RL373248 | 2024 WABASH | 5/26/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 156 Metro Parkway, Pelham, AL 35124 | 1JJV532DXRL373249 | 2024 WABASH | 5/26/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 157 Metro Parkway, Pelham, AL 35124 | 1JJV532D8RL373251 | 2024 WABASH | 5/15/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 158 Metro Parkway, Pelham, AL 35124 | 1JJV532D6RL373250 | 2024 WABASH | 5/15/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 159 Metro Parkway, Pelham, AL 35124 | 1JJV532DXRL373252 | 2024 WABASH | 5/24/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 160 Metro Parkway, Pelham, AL 35124 | 3H3V532K3PS076079 | 2023 HYUNDAI | 5/31/2023 | 1 MONTH |
| METRO TRAILER LEASING | 161 Metro Parkway, Pelham, AL 35124 | 3H3V532K2PS076087 | 2023 HYUNDAI | 5/31/2023 | 1 MONTH |
| METRO TRAILER LEASING | 162 Metro Parkway, Pelham, AL 35124 | 1JJV532D7RL373256 | 2024 WABASH | 6/6/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 163 Metro Parkway, Pelham, AL 35124 | 1JJV532D9RL373257 | 2024 WABASH | 6/6/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 164 Metro Parkway, Pelham, AL 35124 | 1JJV532D0RL373258 | 2024 WABASH | 6/6/2023 | 36 MONTHS |
| METRO TRAILER LEASING | 165 Metro Parkway, Pelham, AL 35124 | 1UYVS2534N3552221 | 2022 UTILITY | 2/1/2024 | 24 MONTHS |
| METRO TRAILER LEASING | 166 Metro Parkway, Pelham, AL 35124 | 3H3V532K4RJ076049 | 2024 HYUNDAI | 2/1/2024 | 24 MONTHS |
| DIAMOND RENTAL AND LEASING | 438 Mayfield Rd, Duncan, SC 29334 | 5V8VA5328ST400075 | DRY VAN | 3/27/2024 | 36 MONTHS |
| DIAMOND RENTAL AND LEASING | 439 Mayfield Rd, Duncan, SC 29334 | 5V8VA532XST400076 | DRY VAN | 3/27/2024 | 36 MONTHS |
| DIAMOND RENTAL AND LEASING | 440 Mayfield Rd, Duncan, SC 29334 | 5V8VA5321ST400080 | DRY VAN | 3/27/2024 | 36 MONTHS |
| DIAMOND RENTAL AND LEASING | 441 Mayfield Rd, Duncan, SC 29334 | 5V8VA5323ST400081 | DRY VAN | 3/27/2024 | 36 MONTHS |
| DIAMOND RENTAL AND LEASING | 442 Mayfield Rd, Duncan, SC 29334 | 5V8VA5325ST400082 | DRY VAN | 3/27/2024 | 36 MONTHS |

*Reservation of Rights: For the avoidance of doubt, the Debtor's inclusion of the nominally leased equipment herein is not an admission or concession that any such equipment is in fact subject to a "true lease" rather than a security interest.  The Debtor explicitly reserves all of its rights with respect to its equipment and the Debtor's proposed counsel continues to investigate the extent, priority, and validity of any and all alleged security and/or lessor interests in the Debtor's equipment

**Fill in this information to identify the case:**

Debtor name  **Star Transportation PA Inc**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-21557-CLC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Finance Solutions LLC** | **301 NW 171st Street, Unit B, Miami, FL 33169** | **Banc of America Leasing and Capital LLC** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Finance Solutions LLC** | **301 NW 171st Street, Unit B, Miami, FL 33169** | **People's United Equipment Finance Corp.** | ■ D  **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **MDL Business Group LLC** | **301 NW 171st Street, Unit B, Miami, FL 33169** | **Banc of America Leasing and Capital LLC** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **MDL Business Group, LLC** | **301 NW 171st Street, Unit B, Miami, FL 33169** | **M&T Capital and Leasing Corporation** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **MDL Business Group, LLC** | **301 NW 171st Street, Unit B, Miami, FL 33169** | **People's United Equipment Finance Corp.** | ■ D  **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Star Transportation PA Inc**                              Case number *(if known)*   **24-21557-CLC**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Star Transportation A, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | Banc of America Leasing and Capital LLC | ■ D __2.2__  ☐ E/F ____  ☐ G ____ |
| 2.7 | Star Transportation A, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | M&T Capital and Leasing Corporation | ■ D __2.3__  ☐ E/F ____  ☐ G ____ |
| 2.8 | Star Transportation A, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | People's United Equipment Finance Corp. | ■ D __2.4__  ☐ E/F ____  ☐ G ____ |
| 2.9 | Star Truck Service, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | Banc of America Leasing and Capital LLC | ■ D __2.2__  ☐ E/F ____  ☐ G ____ |
| 2.10 | Star Truck Service, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | M&T Capital and Leasing Corporation | ■ D __2.3__  ☐ E/F ____  ☐ G ____ |
| 2.11 | Star Truck Service, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | People's United Equipment Finance Corp. | ■ D __2.4__  ☐ E/F ____  ☐ G ____ |
| 2.12 | Star Truck Service, Inc. | 301 NW 171st Street, Unit B, Miami, FL 33169 | Crossroads Equipment Lease and Finance | ☐ D ____  ■ E/F __3.7__  ☐ G ____ |
| 2.13 | US Express Line LLC | 301 NW 171st Street, Unit B, Miami, FL 33169 | M&T Capital and Leasing Corporation | ■ D __2.3__  ☐ E/F ____  ☐ G ____ |

Official Form 206H                     Schedule H: Your Codebtors                     Page 2 of 3

Debtor     **Star Transportation PA Inc**                                          Case number *(if known)*    **24-21557-CLC**

▓▓▓▓  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14  **US Express Line LLC** | 301 NW 171st Street, Unit B, Miami, FL 33169 | **Banc of America Leasing and Capital LLC** | ■ D   2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.15  **US Express Line LLC** | 301 NW 171st Street, Unit B, Miami, FL 33169 | **People's United Equipment Finance Corp.** | ■ D   2.4<br>☐ E/F ____<br>☐ G ____ |