IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI

IN RE:

**Star Transportation PA Inc**　　　　　　　　　　Case No. 24-21557-CLC
Debtor　　　　　　　　　　　　　　　　　　　　Chapter 11
_____/

Notice of Appearance

1111 PCB HOLDINGS LLC

Undersigned files and serves this notice of appearance for party in interest Landlord 1111 PCB HOLDINGS LLC, for Park Centre Business Park**, 1111 Park Centre Blvd Miami Gardens, FL 33169-5365**, and requests copies of all notices.

Date this: 11/25/24

Respectfully submitted,

Joel M. Aresty, Esq.
Joel M. Aresty P.A.
Board Certified Business
Bankruptcy Law
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 1-800-559-1870
E-mail: Aresty@Mac.com
By: /s/: Joel M. Aresty
Fla. Bar No. 197483