Fill in this information to identify the case:

Debtor name  Star Transportation PA Inc, *et al.*

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number (If known):  24-21557-CLC

☐ Check if this is an amended filing

# Official Form 204*

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                   12/15

A **consolidated** list of creditors holding the **30** largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the **30** largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | VOLVO FINANCIAL SERVICES<br>7025 Albert Pick Road, Suite 105, Greensboro, NC 27409 / P.O. Box 26131, Greensboro, North Carolina 27402-6131 | | Financed Equipment | | $7,371,436.22 | $5,344,000.00 | $2,027,436.22 |
| 2 | BANK OF AMERICA LEASING & CAPITAL LLC<br>2059 Northlake Parkway, 3rd Floor, Tucker, GA 30084 / 600 Peachtree Street NE, 11th Floor, Atlanta, GA 30308 | | Financed Equipment | | $4,125,586.28 | $2,919,000.00 | $1,206,586.28 |
| 3 | TRANSPORT ENTERPRISE LEASING LLC<br>400 Birmingham Hwy, Chattanooga, TN 37419 | | Leased Equipment | | | | $1,139,319.23 |
| 4 | INSURISE CAPITAL INC<br>1621 CENTRAL AVENUE, CHEYENNE, WY 82001 | | Insurance | | | | $988,584.23 |
| 5 | THE BANCORP<br>3755 Park Lake Street, Orlando, FL 32803 | | Financed Equipment | | $2,490,069.99 | $1,660,000.00 | $830,069.99 |
| 6 | M&T CAPITAL LEASING CORPORATION<br>850 Main Street, BC-03, Bridgeport, CT 06604 | | Financed Equipment | | $2,144,231.89 | $1,685,000.00 | $459,231.89 |
| 7 | M&T EQUIPMENT FINANCE CORPORATION<br>300 Frank W. Burr Blvd, Suite 50, Teaneck, NJ 07666 | | Financed Equipment | | $1,141,566.40 | $742,000.00 | $399,566.40 |
| 8 | VERIZON CONNECT TELO INC<br>P.O. BOX 844183, LOS ANGELES, CA 90084-4183 | | Fleet Tracking | | | | $240,145.00 |

Debtor  Star Transportation PA Inc, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) 24-21557-CLC

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  APERIA TECHNOLOGIES  1616 ROLLINS ROAD, BURLINGAME, CA 94010 | | Truck Services | | | | $212,283.72 |
| 10  PEDIGREE TECHNOLOGIES LLC  4776 28TH AVE S, STE 101, FARGO, ND 58104 | | Service Provider | | | | $131,714.19 |
| 11  METRO TRAILER LEASING  100 Metro Parkway, Pelham, AL 35124 | | Leased Equipment | | | | $129,702.29 |
| 12  DEPARTMENT OF THE TREASURY  CINCINNATI, OH 45999-0039 | | (2290 FORM) | | | | $110,000.00 |
| 13  STAGSTONE RISK MANAGEMENT  813-815 WESTCHESTER AVE., HARRISONVILLE, MO 64701 | | Insurance Broker | | | | $110,000.00 |
| 14  PREPASS  P.O. BOX 932588 ATLANTA, GA 31193-2588 | | Weigh Station Services | | | | $99,159.43 |
| 15  Crossroads Equipment Lease & Finance  9385 Haven Ave., Rancho Cucamonga, CA 91730-5475; P.O. Box 101285, Pasadena, CA 91189-1285 | | Financed Equipment | | $462,456.00 | $375,000.00 | $87,456.00 |
| 16  SAVITS DANIEL PROPERTIES III INC  17101 NW 7TH AVENUE, MIAMI GARDENS, FL 33169 | | Landlord | | | | $82,544.61 |
| 17  TAB Bank  4185 Harrison Blvd., Suite 200, Ogden, UT 84403 | | Financed Equipment | | $329,868.00 | $250,000.00 | $79,868.00 |
| 18  INDIANA DEPARTMENT OF REVENUE  7811 MILHOUSE RD, SUITE M, INDIANAPOLIS, IN 46241 | | Plate Renewal | | | | $72,224.68 |

Official Form 204*　　Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims　　page 3

Debtor  Star Transportation PA Inc, *et al.*                                                    Case number (*if known*) 24-21557-CLC

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Nextran Truck Centers<br>4300 Ravenswood Road, Fort Lauderdale, FL 33312 | | Repair Service | | | | $63,435.52 |
| 20 | Wells Fargo Equipment Finance, LLC<br>P.O. Box 858178, Minneapolis, MN 55485-8178; P.O. Box 3072, Cedar Rapids, IA 52406-3072 | | Financed Equipment | | $333,134.00 | $270,000.00 | $63,134.00 |
| 21 | The Goodyear Tire & Rubber Co<br>3045 NW 119th Street, Miami, FL 33167 | | Parts Provider | | | | $55,537.65 |
| 22 | JP Morgan Chase Bank N.A.<br>P.O. Box 182051, Columbus, OH 43218-2051 | | Credit Cards | | | | $54,228.47 |
| 23 | LOVE'S TRAVEL STOPS & COUNTRY STORES INC<br>10601 N. PENNSYLVANIA AVE., OKLAHOMA CITY, OK 73120 | | | | | | $51,697.51 |
| 24 | PACCAR PARTS FLEET SERVICES<br>P.O. BOX 731165, DALLAS, TX 75373-1165 | | Fleet Services | | | | $49,577.04 |
| 25 | Commercial Equipment Finance International LLC<br>2525 Ponce de Leon Blvd, Suite300, Coral Gables, FL 33134; P.O. Box 192649, San Juan, PR00919 | | Leased Equipment | | | | $46,781.42 |
| 26 | Truck Max<br>6000 NW 77th Court, Miami, FL 33166 | | Parts Provider | | | | $33,180.56 |
| 27 | Safety Kleen Systems Inc<br>42 Longwater Dr., Norwell. MA 02061 | | Parts Provider | | | | $23,340.22 |
| 28 | De Lange Landen Financial Services Inc<br>P.O. Box 825736, Philadelphia, PA 19182-5736 | | Financed Equipment | | $147,790.00 | $125,000.00 | $22,790.00 |
| 29 | US Auto Force<br>425 Better Way, Appleton, WI 54915 | | Repair Service | | | | $22,525.06 |
| 30 | ADP<br>1 Adp Blvd, Roseland, NJ, United States | | Payroll | | | | $21,000.00 |

Official Form 204*    Chapter 11 or Chapter 9 Cases: <u>Consolidated</u> List of Creditors Who Have the <u>30</u> Largest Unsecured Claims          page 3