UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(*Miami Division*)
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| | CASE NOS.  24−21557−LMI |
| | 24-21559-LMI |
| Star Transportation PA, Inc., *et al.*, | 24-21560-LMI |
| | 24-21561-LMI |
| | 24-21562-LMI |
| Debtors. | 24-21563-LMI |
| _____/ | Jointly Administered |

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Banc of America Leasing & Capital, LLC ("*BALC*" or the "*Bank*"), appears in the above-captioned case by its counsel, Chapman and Cutler LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the following address, telephone and facsimile numbers and email addresses:

> CHAPMAN AND CUTLER LLP
> Attn.  Daniel F. Flores, Esq. and J. Alex Kress, Esq.
> 1270 Avenue of the Americas, 30th Floor
> New York, NY 10020
> Phone:  (212) 655-6000
> Facsimile:  (212) 697-7210
> E-mail:  dflores@chapman.com
>            akress@chapman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

4862-0477-2858

specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Bank does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Bank expressly reserves.

Dated: December 6, 2024

CHAPMAN AND CUTLER LLP
*Attorneys for Banc of America Leasing & Capital, LLC*

　/s/ *J. Alex Kress*
J. Alex Kress (NY Bar ID No. 5906045)
Admitted p*ro hac vice*
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Phone: (212) 655-6000
Facsimile (Fax): (212) 697-7210
Email: akress@chapman.com

4862-0477-2858                                    2