UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Star Transportation PA Inc., *et al.*,[1] | Case No. 24-21557-CLC |
| Debtors. _____ / | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Samuel J. Capuano, Esq. and the law firm of Berger Singerman LLP hereby appear as counsel for Victor Khramov, a party-in-interest and sole shareholder of the above-captioned Debtors, and file this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully request, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

>Samuel J. Capuano, Esq.
>Berger Singerman LLP
>1450 Brickell Avenue, Suite 1900
>Miami, FL 33131
>Telephone: (305) 755-9500
>Facsimile: (305) 714-4340
>E-mail: scapuano@bergersingerman.com

---

[1] The Debtors and last four digits of their tax identification numbers are: (i) Star Transportation PA Inc (0722); (ii) Star Truck Service, Inc. (0619); (iii) Star Transportation A, Inc. (9389); (iv) Finance Solutions LLC (7287); (v) MDL Business Group LLC (6201); and (vi) US Express Line LLC (7690). The mailing address of the Debtors is 301 NW 171st Street, Unit B, Miami Gardens, Florida 33169.

13460014-1

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Victor Khramov is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Victor Khramov expressly reserves hereby.

13460014-1

Dated: December 19, 2024

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel to Victor Khramov*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Samuel J. Capuano*
    Samuel J. Capuano
    Florida Bar No. 90946
    scapuano@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 19, 2024, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Service List.

By:   */s/ Samuel J. Capuano*
      Samuel J. Capuano

13460014-1

**Electronic Mail Notice List**

- **Joel M. Aresty**   aresty@mac.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Christopher D. Cathey**   ccathey@taylorenglish.com, tcarlson@taylorenglish.com
- **Scott D Fink**   bronationalecf@weltman.com
- **Evan S. Goldstein**   egoldstein@uks.com, amarks@uks.com;lvoorvaart@uks.com
- **Kimberly H Israel**   kisrael@mcglinchey.com, cgipson@mcglinchey.com
- **Jessey J Krehl**   jessey@packlaw.com
- **J. Alex Kress**   akress@chapman.com
- **Nicole Manriquez**   nicole.manriquez@usdoj.gov
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Scott Alan Orth**   scott@orthlawoffice.com, notices@orthlawoffice.com,eservicesao@gmail.com
- **Joseph A Pack**   joe@packlaw.com
- **Patricia A Redmond**   predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Steven J. Solomon**   steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Charles Edward Stoecker**   cstoecker@mcglinchey.com, nreid@mcglinchey.com
- **Nathan Allan Wheatley**   nathan.a.wheatley@usdoj.gov
- **Ryan Mitchell Wolis**   rwolis@stearnsweaver.com, egraham@stearnsweaver.com
- **Eric B Zwiebel**   eric.zwiebel@emzwlaw.com, eservice@emzwlaw.com

13460014-1