UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMIDIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Chapter 11 |
| STAR TRANSPORTATION PA INC.,  et al. | Case No.: 24-21557-CLC |
| Debtors. | (Jointly Administered) |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Creditor, CROSSROADS EQUIPMENT LEASE AND FINANCE, LLC ("CELF").  The undersigned has also appeared in this case for Creditors, M&T EQUIPMENT FINANCE CORPORATION f/k/a PEOPLE'S UNITED EQUIPMENT FINANCE CORP ("MTEFC") and COMMERCIAL EQUIPMENT FINANCE INTERNATIONAL, LLC ("CEFI"). CELF, MTEFC and CEFI are independent entities and they each have secured claims on different collateral with no overlapping security interest. Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, counsel requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Eric B. Zwiebel, Esq.
Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324
eric.zwiebel@emzwlaw.com

All parties are requested to take notice of this appearance and serve copies of any and all original and amended motions, pleadings, disclosure statements, plans, reports and/or documents of any kind or nature filed in this proceeding, whether filed in this proceeding, by the Court, the Debtor, or any other party in interest, upon said counsel.

Additionally, it is respectfully requested that pursuant to Rule 2002(g), that the undersigned be added to the official mailing matrix.

I HEREBY CERTIFY that on January 2, 2025, this Notice of Appearance was filed via CM/ECF in the United States Bankruptcy Court, Southern District of Florida, and that a true and correct was furnished to the parties listed below in the manner indicated.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

EMANUEL & ZWIEBEL, PLLC
Attorneys for CELF
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138 Fax

By: *Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Florida Bar No.: 476404
eric.zwiebel@emzwlaw.com

**Via CM/ECF**
Jessey J. Krehl, Esq.
Joseph A. Pack, Esq.
Nathan Allan Wheatley
Office of the US Trustee
All parties designated to receive electronic notice via CM/ECF

**Via U.S. Mail**
Star Transportation PA Inc
301 NW 171st Street, Unit B
Miami, Florida 33169

Star Truck Service, Inc.
301 NW 171st Street, Unit B
Miami, Florida 33169