## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## (MIAMI DIVISION)

In Re:

Star Truck Service, Inc.                    Judge Corali Lopez-Castro
                                            Case No. 24-21559-CLC
Debtor.                                     Chapter 11

_____/

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION FOR ADEQUATE PROTECTION PAYMENTS

**COMES NOW** Toyota Industries Commercial Finance, Inc. pursuant to 11 U.S.C. § 362 (d)(1) and (2), Federal Rule of Bankruptcy Procedure Rule 4001-1, to terminate, modify or condition the automatic stays in effect under these code and rule provisions, or in the alternative, motion for adequate protection payments. Support for this Motion is set forth as follows:

1.       Jurisdiction over this matter is vested in this Court by virtue of 28 U.S.C. § 1334(b) and the general order of reference previously entered in this district.  This is a core proceeding under 28 U.S.C § 157(b)(2)(G).

2.       On November 2, 2024, Debtor filed for relief under Chapter 11 of the Bankruptcy code.

3.       Pursuant to the provisions of 11 U.S.C. § 362(a), the filing of the Debtor's petition operates as an automatic stay against Toyota Industries Commercial Finance, Inc.'s rights as a secured Creditor to proceed against the Debtor and their collateral.

4.       On May 14, 2024, the Debtor herein did execute a Commercial Retail Installment Sales Contract for the purchase of a 2024 Toyota Forklift 50-8FGCU25, Serial No.: 23365 (the "collateral"). A true copy and accurate copy of the Commercial Retail Installment Sale Contract is attached hereto as Exhibit "A".

5.      A true and accurate copy of the UCC Financing Statement is attached hereto as Exhibit "B".

6.      The payoff balance, as of January 16, 2025, is $40,953.92, excluding attorney fees and court costs. An Affidavit in Support of Motion for Relief from the Automatic Stay, or in the alternative, Motion for Adequate Protection Payments is attached as Exhibit "1".

7.      Debtor has failed to remit the monthly payments on the account, due on November 8, 2024 through January 8, 2025, in the amount of $2,234.73 plus $111.75 in late fees.

8.      Pursuant to EquipmentWatch a 2024 Toyota Forklift 8FGCU25 is valued at $27,154.00. Upon Toyota Industries Commercial Finance, Inc. a 2024 Three Stage/189FSV MAST is valued at $9,126.00. The total value for a 2024 Toyota Forklift 8FGCU25 and a 2024 Three Stage/189FSV MAST is $36,280.00. A copy of the EquipmentWatch is attached hereto as Exhibit "C".

9.      Debtor's Chapter 11 Plan has not been filed as of January 15, 2025.

10.     11 U.S.C. § 362(d)(1) of the Bankruptcy Code requires that the stay be vacated "for cause including the lack of adequate protection of an interest in property of such party in interest."

11.     Debtor does not have equity in the collateral and the collateral is not necessary for a successful reorganization. As a result, the Movant has been denied adequate protection for its collateral and is entitled to relief from stay pursuant to 11 U.S.C. § 362(d)(2).

12.     The Debtor should not be permitted to benefit from the collateral without furnishing adequate protection (i.e. periodic cash payments).

13.     Because such protections are lacking or have not been offered, the stay should be lifted for cause and for lack of adequate protection.

14.     As such, relief from the automatic stay is warranted under 11 U.S.C. §362(d)(1) for "cause", §(d)(2) for the property's lack of equity and pursuant to Fed. R. Bankr. P. 4001(a)(4).

15.     The post-petition payment address is Toyota Industries Commercial Finance, Inc., 8951 Cypress Waters, #300, Coppell, TX 75019.

16.     A proposed Order is attached hereto as Exhibit "2".

**WHEREFORE,** Toyota Industries Commercial Finance, Inc. requests an order under section 362(d)(1) and (d)(2) modifying the stay *in rem* so that Toyota Industries Commercial Finance, Inc. may complete its repossession of the collateral by selling the collateral and applying the proceeds of the sale to the debt owed to Toyota Industries Commercial Finance, Inc., or in the alternative, adequate protection payments, that in the event that a hearing is necessary on this Motion that said hearing be held within thirty (30) days, and determining that Federal Rule of Bankruptcy Procedure 4001(a)(4) is not applicable and Toyota Industries Commercial Finance, Inc may immediately enforce and implement the stay relief order, and for such other and further relief as the Court may deem just and proper.

Weltman, Weinberg, and Reis, Co., LPA
Attorney for Movant
5475 Rings Road, Suite 200
Dublin, OH 43017
Phone: 614-883-0678
Fax: 614-801-2601
Email: gpeters@weltman.com

/s/ Geoffrey J. Peters
Geoffrey J. Peters Esq. FBN: 66239

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Motion for Relief from the
Automatic Stay, or in the Alternative, Motion for Adequate Protection Payments has been served
either by electronic transmission or by United States first class postage prepaid to the following:

Star Truck Service, Inc.                    Office of the US Trustee
301 NW 171st Street, Unit B                 51 S.W. 1st Avenue, Suite 1204
Miami, FL 33169                             Miami, FL 33130

Jessey J. Krehl, Attorney for Debtor        Joseph A Pack, Attorney for Debtor
51 NE 24th Street, Suite 108                51 NE 24th Street, Suite 108
Miami, FL 33137                             Miami, FL 33137

Top Seven Largest Unsecured Creditors:

Banc of America Leasing and Capital LLC     M&T Capital and Leasing Corp.
2059 Northlake Parkway, 3rd Floor           850 Main Street, BBC-03
Tucker, GA 30084                            Bridgeport, CT 06004

TVT Business Funding LLC                    TVT Capital Source LLC
2554 Gateway Road                           881 Baxter Drive, Suite 100
Carlsbad, CA 92009                          South Jordan, UT 84095

Nextran Truck Centers                       The Goodyear Tire & Rubber Co.
4300 Ravenswood Road                        3045 NW 119th Street
Fort Lauderdale, FL 33169                   Miami, FL 33167

JP Morgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218

this 23rd day of January, 2025.


                                    Weltman, Weinberg, and Reis, Co., LPA
                                    Attorney for Movant
                                    5475 Rings Road, Suite 200
                                    Dublin, OH 43017
                                    Phone: 614-883-0678
                                    Fax: 614-801-2601
                                    Email: gpeters@weltman.com

                                    /s/ Geoffrey J. Peters
                                    Geoffrey J. Peters Esq. FBN: 66239